# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | |
|---|---|
| Kristin Kara O'Kane | Chapter:<br>Case Number: 2-05-BK-26437-GBN |
| Debtor(s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to American Express Bank, in the amount of $5,320.59 and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to American Express Bank.

**I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.**

Kim Sawyer, General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210
Phone: (617) 859-0600, ext. 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | |
|---|---|
| Kristin Kara O'Kane | Chapter:<br>Case Number: 2-05-BK-26437-GBN |
| Debtor(s) | |

## NOTICE OF SERVICE

Notice is hereby given that on Wednesday, November 25, 2009, a copy of the Application for Payment of Unclaimed Funds was mailed to the United States Attorney for the District of Arizona, 2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004 by:

Kim Sawyer, General Counsel
The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210
Phone: (617) 859-0600, ext. 19