# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

| ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2008

OR

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File No. 1-7657

# American Express Company
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| New York | 13-4922250 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| World Financial Center 200 Vesey Street New York, New York | 10285 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (212) 640-2000

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares (par value $0.20 per Share) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities :change Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and ) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be ntained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form '-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting mpany. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒              Accelerated filer ☐
Non-accelerated filer ☐ (Do not check if a smaller reporting company)     Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

As of June 30, 2008, the aggregate market value of the registrant's voting shares held by non-affiliates of the registrant was approximately 3.6 billion based on the closing sale price as reported on the New York Stock Exchange.

As of February 19, 2009, there were 1,171,055,198 common shares of the registrant outstanding.

**Documents Incorporated By Reference**

## SUBSIDIARIES OF THE REGISTRANT

Unless otherwise indicated, all of the voting securities of these subsidiaries are directly or indirectly owned by the registrant. Where the name of the subsidiary is indented, the voting securities of such subsidiary are owned directly by the company under which its name is indented.

| Name | Jurisdiction of Incorporation |
|---|---|
| American Express Company | United States |
|     56th Street AXP Campus LLC | United States |
|     American Express Austria Bank GmbH | Austria |
|     American Express Bank LLC | Russia |
|     American Express Banking Corp. | United States |
|     American Express International Deposit Company | Cayman Islands |
|     American Express Travel Related Services Company, Inc. | United States |
|         American Express Bank (Mexico) S.A. | Mexico |
|             American Express Bank Services, S.A. de C.V. | Mexico |
|         →American Express Bank FSB | United States |
|             American Express Receivables Financing Corporation IV, LLC. | United States |
|         American Express Business Loan Corporation | United States |
|         American Express Centurion Bank | United States |
|             American Express Centurion Services Corporation | United States |
|             American Express Receivables Financing Corporation III, LLC. | United States |
|         American Express Company (Mexico) S.A. de C.V. | Mexico |
|             American Express Insurance Services, Agente de Seguros, S.A. de C.V. | Mexico |
|             American Express Servicios Profesionales, S.A. de C.V. | Mexico |
|         American Express Credit Corporation | United States |
|             American Express Capital Australia | Australia |
|             American Express Credit Mexico, LLC | United States |
|                 Fideicomiso Empresarial Amex No. 232033 (American Express Business Trust) | Mexico |
|             American Express Euro Funding Limited Partnership | United Kingdom |
|             American Express Overseas Credit Corporation Limited | Jersey |
|                 AEOCC Management Company Limited | Jersey |
|                 American Express Overseas Credit Corporation N.V. | Netherlands Antilles |

| Entity | Jurisdiction |
|---|---|
| AE Hungary Holdings Limited Liability Company | Hungary |
| American Express Canada Credit Corporation | Canada |
| American Express Canada Finance Limited | Canada |
| American Express Sterling Funding Limited Partnership | United Kingdom |
| American Express Funding (Luxembourg) S.a.r.l | Luxembourg |
| Credco Finance, Inc. | United States |
| Credco Receivables Corp. | United States |
| American Express Dutch Capital, LLC | United States |
| American Express France Holdings I LLC | United States |
| American Express France Holdings II LLC | United States |
| American Express Global Financial Services, Inc. | United States |
| American Express Holdings Netherlands CV | Netherlands |
| American Express Incentive Services, Inc. | United States |
| American Express Incentive Services LLC | United States |
| American Express Insurance Agency of Puerto Rico, Inc. | Puerto Rico |
| American Express International (NZ), Inc. | United States |
| American Express Limited | United States |
| Alpha Card SCRL | Belgium |
| Alpha Card Merchant Services SCRL | Belgium |
| American Express (Malaysia) SDN. BHD. | Malaysia |
| American Express (Thai) Co. Ltd | Thailand |
| American Express Brasil Assessoria Empresarial Ltda. | Brazil |
| American Express International (B) SDN, BHD | Brunei Darussalam |
| American Express International Holdings, LLC | United States |
| American Express Argentina S.A. | Argentina |
| American Express Holdings (France) SAS | France |
| American Express France SAS | France |
| American Express Carte France SA | France |
| American Express Change SAS | France |
| American Express Paris SAS | France |
| American Express Services SA | France |
| American Express Voyages SAS | France |
| American Express Management | France |
| American Express France Finance SNC | France |
| South Pacific Credit Card Limited | New Zealand |
| Centurion Finance Limited | New Zealand |
| American Express International, Inc. | United States |
| AE Exposure Management Limited | Jersey |

| Entity | Country |
|---|---|
| American Express (India) Private Limited | India |
| American Express Asia Network Consulting (Beijing) Limited Company | China |
| American Express Australia Limited | Australia |
| American Express Business Solutions Co., Ltd. | Japan |
| American Express Company AS | Norway |
| American Express Corporate Travel SA | Belgium |
| American Express Denmark A/S | Denmark |
| American Express Europe Limited | United States |
|     Sceptre Nominees Limited | United Kingdom |
| American Express Group Services Limited | United Kingdom |
| American Express Holdings AB | Sweden |
|     American Express Business Travel A/S | Denmark |
|     American Express Business Travel AB | Sweden |
|     American Express Business Travel AS | Norway |
|     Forsakringsaktiebolaget Viator | Sweden |
| American Express Holdings Limited | United Kingdom |
|     American Express Services Europe Limited | United Kingdom |
| American Express Hungary Financial Services Closed Company Limited by Shares | Hungary |
| American Express Hungary Travel Services Ltd. | Hungary |
| American Express International (India) Private Limited | India |
| American Express International (Taiwan), Inc. | Taiwan, Province of China |
| American Express International SA | Greece |
|     Key Tours Ltd. | Greece |
| American Express Locazioni Finanziarie s.r.l | Italy |
| American Express Payment Services Limited | United Kingdom |
| American Express Poland S.A. | Poland |
| American Express Reisebüro GmbH | Austria |
| American Express Services India Limited | India |
| American Express Slovensko, s.r.o. | Slovakia |
| American Express spol. s.r.o. | Czech Republic |
| American Express Swiss Holdings GmbH | Switzerland |
|     Swisscard AECS AG | Switzerland |
| American Express Travel (Singapore) Pte. Ltd. | Singapore |
| American Express Travel Holdings (Hong Kong) Limited | Hong Kong |
|     CITS American Express Air Services Ltd | China |
|     CITS American Express Southern Air Services Ltd | China |
|     CITS American Express Travel Services Ltd | China |
|     Farrington American Express Travel Services Limited | Hong Kong |
| American Express Travel Holdings (M) Company SDN, BHD | Malaysia |
|     Mayflower American Express Travel Services SDN, BHD | Malaysia |
| American Express Travel Related Services Pakistan (Pvt.) Ltd. | Pakistan |

| | |
|---|---|
| American Express Travel Services Vostok, LLC | Russia |
|     ZAO "American Express International Services" | Russia |
| American Express Wholesale Currency Services Pty. Limited | Australia |
| Amex Broker Assicurativo s.r.l. | Italy |
| Amex General Insurance Agency, Inc. | Taiwan, Province of China |
| Amex Life Insurance Marketing, Inc. | Taiwan, Province of China |
| Amex Travel Holding (Japan) Ltd. | Japan |
|     American Express Nippon Travel Agency, Inc. | Japan |
| Interactive Transaction Solutions Limited | United Kingdom |
|     Interactive Transaction Solutions SAS | France |
| Mackinnons American Express Travel (Private) Limited | Sri Lanka |
| Merchant Services Poland, S.A. | Poland |
| Sociedad Internacional de Servicios de Panama S.A. | Panama |
| TransUnion Limited | Hong Kong |
| American Express Service (Thailand) Company Limited | Thailand |
| TRS Card International, Inc. | United States |
|     American Express de Espana, S.A. (Sociedad Unipersonal) | Spain |
|         American Express E.F.C., S.A. (Sociedad Unipersonal) | Spain |
|         American Express Foreign Exchange, S.A. (Sociedad Unipersonal) | Spain |
|         American Express Viajes, S.A. (Sociedad Unipersonal) | Spain |
|         American Express Barcelo Viajes SL | Spain |
|             Amex Asesores de Seguros, S.A. (Sociedad Unipersonal) | Spain |
| American Express Marketing & Development Corp. | United States |
| American Express Prepaid Card Management Company, LLC | United States |
| American Express Publishing Corporation | United States |
| American Express Receivables Financing Corporation II | United States |
| American Express Receivables Financing Corporation V LLC | United States |
| Amex (Middle East) B.S.C. (c) | Bahrain |
|     Amex Al Omania LLC | Oman |
|     Amex Egypt LLC | Egypt |
|     ASAL (American Express Saudi Arabia Ltd) | Bahrain |
| Amex Bank of Canada | Canada |
| Amex Canada Inc. | Canada |
| Amex Card Services Company | United States |
| Asesorías e Inversiones American Express Chile Limitada | Chile |
|     Amex Inmobiliaria Limitada | Chile |

| Entity | Jurisdiction |
|---|---|
| Bansamex, S.A. | Spain |
| Cardmember Financial Services Limited | Jersey |
| Cavendish Holdings, Inc. | United States |
| Drillamex, Inc. | United States |
| FRC West Property. LLC | United States |
| Harbor Payments, Inc. | United States |
|     Fiware Holdings, Inc. | United States |
|     Harbor Payments Corporation | United States |
| Southern Africa Travellers Cheque Company (Pty).Ltd. | South Africa |
| Swiss Bankers Prepaid Services AG | Switzerland |
| Travel Impressions, Ltd. | United States |
| Travellers Cheque Associates Limited | United Kingdom |
| AMEX Assurance Company | United States |
| Amexco Insurance Company | United States |
| National Express Company, Inc. | United States |
|     The Balcor Company Holdings, Inc. | United States |
|         The Balcor Company | United States |
| Rexport, Inc. | United States |